# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS DAMIAN-TRUJILLO,<br><br>  Defendant. | Case No.: 17-CR-0271-LAB<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Superseding Indictment and the underlying Indictment against JUAN CARLOS DAMIAN-TRUJILLO, in this case is dismissed without prejudice.

SO ORDERED.

DATED: March 31, 2017

_____
HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE